**Expedited hearing shall be held on 1/16/2015 at 08:30 AM in SA Courtroom 3. Movant is responsible for notice.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: January 16, 2015**

_____
        **CRAIG A. GARGOTTA**
        **UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | CASE NO. _____ |
| **GASFRAC ENERGY SERVICES, INC.,** | § | |
| | § | Chapter 15 |
| Debtor in a foreign proceeding. | § | |
| **In re:** | § | |
| | § | CASE NO. _____ |
| **GASFRAC SERVICES GP, INC.,** | § | |
| | § | Chapter 15 |
| Debtor in a foreign proceeding. | § | |
| **In re:** | § | |
| | § | CASE NO. _____ |
| **GASFRAC US HOLDINGS, INC.** | § | |
| | § | Chapter 15 |
| Debtor in a foreign proceeding. | § | |
| **In re:** | § | |
| | § | CASE NO. _____ |
| **GASFRAC ENERGY SERVICES LIMITED PARTNERSHIP,** | § | |
| | § | Chapter 15 |
| Debtor in a foreign proceeding. | § | |
| **In re:** | § | |
| | § | CASE NO. _____ |
| **GASFRAC Inc.,** | § | |
| | § | Chapter 15 |
| Debtor in a foreign proceeding. | § | |

| | |
|---|---|
| In re: § <br> § <br> GASFRAC ENERGY SERVICES (US) § <br> INC., § <br> § <br> Debtor in a foreign proceeding. § | CASE NO. _____ <br><br> Chapter 15 |

**ORDER GRANTING MONITOR'S MOTION FOR EMERGENCY HEARING ON:**

**(1) MONITOR'S EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND RELIEF PURSUANT TO SECTIONS 105(A) AND 1519 OF THE BANKRUPTCY CODE; (2) MONITOR'S EMERGENCY MOTION FOR JOINT ADMINISTRATION, AND (3) MONITOR'S EMERGENCY MOTION TO LIMIT SERVICE**

On this date came on for consideration the Motion filed by Ernst & Young Inc., as the court-appointed monitor (the "**Monitor**") for the above-captioned foreign Debtors ("**Movant**") requesting an EMERGENCY hearing on the following:

*Monitor's Emergency Ex Parte Application For Temporary Restraining Order And Relief Pursuant To Sections 105(A) And 1519 Of The Bankruptcy Code* [Docket No. 2];

*Monitor's Emergency Motion For Joint Administration* [Docket No. 3]; and

*Monitor's Emergency Motion to Limit Service List* [Docket No. 4].

The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the following matters are scheduled for an EMERGENCY hearing on the date and time listed above.

*Monitor's Emergency Ex Parte Application For Temporary Restraining Order And Relief Pursuant To Sections 105(A) And 1519 Of The Bankruptcy Code* [Docket No. 2];

*Monitor's Emergency Motion For Joint Administration* [Docket No. 3]; and

*Monitor's Emergency Motion To Limit Service* [Docket No. 4];

Any person desiring to appear telephonically at the hearing should contact CourtCall at (866) 582-6878 immediately.

- 3 -

     The moving party is responsible for notice of hearing on expedited matters. Movant shall file a certificate of notice listing persons served. The certificate should be filed within 7 days of such service but in no event later than the date and time of the hearing.

# # #

Submitted by:

Steve A. Peirce
State Bar No. 15731200
steve.peirce@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

COUNSEL FOR CANADIAN MONITOR